THOMAS J. ARNOLD, RESPONDENT, v. HAMILTON INVEST-
MENT CO., INC., ET AL., APPELLANTS.

Submitted October 27, 1944—Decided January 4, 1945.

For the respondent, *Aaron Heller.*

For the appellants, *A. Leon Kohlreiter.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, PERSKIE, PORTER, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.